tion for judgment of acquittal on double jeopardy grounds.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).

■

**J.T.C., Petitioner/Respondent,**

v.

**M.O, Respondent/Appellant.**

**No. ED 100367.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 5, 2014.

Meghan Largent, Clayton, MO, for Appellant.

Armeta Cotten, St. Louis, MO, for Respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN., J., and PHILIP M. HESS, J.

ORDER

PER CURIAM.

M.O. ("Mother") appeals from the judgment of the trial court granting J.T.C.'s ("Father") petition for a full order of protection against Mother under Missouri's Adult Abuse Act. Mother contends the trial court erred in granting Father's petition because there was "no substantial evidence [to support] a finding of stalking or abuse."

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

**M.O., Petitioner/Appellant,**

v.

**J.T.C, Respondent.**

**No. ED 100368.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 5, 2014.

Meghan Largent, Clayton, MO, for appellant.

Armeta Cotten, St. Louis, MO, for respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN., J., and PHILIP M. HESS, J.

## ORDER

PER CURIAM.

M.O. ("Mother") appeals from the judgment of the trial court denying her petition for a full order of protection against J.T.C. ("Father") under Missouri's Adult Abuse Act. Mother contends the trial court erred in denying her petition because there was "substantial evidence to support a finding of abuse."

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**STATE of Missouri, Respondent**

v.

**Kenith WILSON, Defendant/Appellant.**

**No. ED 99286.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 5, 2014.

Emmett D. Queener, Columbia, MO for appellant.

Chris Koster, Dora A. Fitcher, Asst. Atty. Gen., Jefferson City, MO for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

## ORDER

LAWRENCE E. MOONEY, Presiding Judge.

On the Court's own motion, the Per Curiam Order and Memorandum filed in this case on February 11, 2014 is hereby withdrawn and a new Per Curiam Order and Memorandum is to issue. Appellant's motion for rehearing, or transfer to the Missouri Supreme Court is denied as moot.

So Ordered.

## ORDER

PER CURIAM.

Defendant Kenith Wilson appeals the judgment entered on a jury verdict finding him guilty of first-degree robbery, Section 569.020 RSMo., and armed criminal action, Section 571.015 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).

